FILED

05 AUG 18 PM 3: 42

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BAYBROOK HOMES, INC.
a Florida corporation,

    Plaintiff,

vs.

CIVIL NO. 6:05cv1205-ORL-31KRS

O'KELLEY HOMES, a Florida Corporation,
BILL TUCKER DESIGNS INC., a Florida
Corporation, THOMAS W. SNYDER,
PATRICIA C. SNYDER, TERRENCE W.
SNYDER,

    Defendants.
_____/

**ACTION FOR COPYRIGHT INFRINGEMENT
UNDER TITLE 17, UNITED STATES CODE;
<u>INJUNCTIVE RELIEF AND JURY TRIAL REQUESTED</u>**

COMES NOW the Plaintiff Baybrook Homes, Inc., and for its complaint against Defendants O'Kelley Homes, Bill Tucker Designs, Inc., Thomas W. Snyder, Patricia C. Snyder, and Terrence W. Snyder, states:

1. This is an action for copyright infringement against Defendants O'Kelley Homes, Bill Tucker Designs, Inc., Thomas W. Snyder, Patricia C. Snyder, and Terrence W. Snyder ("Defendants").

2. Plaintiff Baybrook Homes, Inc. ("Plaintiff") is a Florida corporation conducting business in this judicial district and division

3. Defendant O'Kelley Homes, Inc. is a Florida corporation which engages in business within this judicial district.

4. Defendant Bill Tucker Designs, Inc. is a Florida corporation which engages in business within this judicial district and division.

5. Defendant Thomas W. Snyder is a Florida resident and upon information and belief, directed the infringing activities which are the subject of this action.

6. Defendant Patricia C. Snyder is a Florida resident and upon information and belief, directed the infringing activities which are the subject of this action.

7. Defendant Terence W. Snyder is a Florida resident and upon information and belief, directed the infringing activities which are the subject of this action.

8 This Court has jurisdiction over the subject matter and parties under 28 U.S.C.§1338(a). Venue properly lies in this judicial district and division.

9. Plaintiff is the owner of copyrighted plans for a home design which Plaintiff refers to as the TOPAZ.

10. Effective November 18, 1999, the United States Registrar of Copyrights issued Copyright Registration No. VAu 457-051 to Plaintiff for the TOPAZ Plans.

11. A true and correct copy of Copyright Registration No. VAu 457-051 is appended as Exhibit A.

12. Copyright Registration No. VAu 457-051 is valid and subsisting.

13. Upon information and belief, Defendants O'Kelley Homes, Bill Tucker

Designs, Inc., Thomas W. Snyder, Patricia C. Snyder, and Terrence W. Snyder have had access to Plaintiff's copyrighted TOPAZ Plans.

14. Upon further information and belief, one or more Defendants copied Plaintiff's copyrighted TOPAZ plans.

15. Upon information and belief, the Defendants have used the copyrighted work in connection with activity or promotion of their goods or services.

16. The copying by Defendants of the copyrighted TOPAZ plans was not authorized by Plaintiff, and therefore constitutes an actionable infringement in violation of 17 U.S.C. §501.

17. Plaintiff has suffered a compensable injury by reason of the infringing activities of Defendants and Plaintiff will continue to suffer irreparable injury unless Defendants' infringing activities are enjoined. Plaintiff is also entitled to an award of statutory damages.

18. Upon information and belief, Defendants infringing activities were knowingly engaged in with a willful and reckless disregard of Plaintiff's rights.

### Request for Jury Trial

Plaintiff requests a trial by jury.

### Prayer for Relief

WHEREFORE, Plaintiff respectfully prays that this Honorable Court enter such preliminary and final orders and judgments as are necessary to provide Plaintiff with the following relief:

a. Under 17 U.S.C. §502, a preliminary and then permanent injunction

enjoining Defendants, together with their officers, agents and those in privity with them, from infringing Plaintiff copyrighted TOPAZ plans;

  b. Under 17 U.S.C. §503, enter an order requiring the destruction of all infringing copies of Plaintiff's copyrighted TOPAZ plans in the possession, custody or control of Defendants or their officers, agents, employees or attorneys;

  c. Under 17 U.S.C. §504, entry of a final money judgment awarding Plaintiff actual damages and Defendants profits;

  d. Award statutory damages;

  e. Award Plaintiff's taxable costs;

  f. Award reasonable attorneys' fees; and

  g. Such other relief as the Court deems appropriate.

Respectfully submitted August 18, 2005.

s/Brian R. Gilchrist
BRIAN R. GILCHRIST
Florida Bar No. 774065
Allen, Dyer, Doppelt, Milbrath
 & Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: 407/841-2330
Facsimile: 407/841-2343
e-mail: bgilchrist@addmg.com

**Attorneys for Plaintiff,
Baybrook Homes, Inc.**