IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BAYBROOK HOMES, INC.**
a Florida corporation,

      Plaintiff,

      vs.                    **CIVIL NO.6:05-cv-1205-Orl-31-KRS**

**O'KELLEY HOMES**, a Florida Corporation,
**BILL TUCKER DESIGNS INC.**, a Florida
Corporation, **THOMAS W. SNYDER,
PATRICIA C. SNYDER, TERRENCE W.
SNYDER**,

      Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO DEFENDANT TERRENCE W. SNYDER

COMES NOW, Plaintiff Baybrook Homes, Inc., by and through its undersigned attorneys, and pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P., gives notice of the voluntary dismissal, with prejudice, of the above-entitled action as to Defendant Terrence W. Snyder.

Respectfully submitted February 1, 2006.

    s/Brian R. Gilchrist
    BRIAN R. GILCHRIST
    Florida Bar No. 774065
    Allen, Dyer, Doppelt, Milbrath
      & Gilchrist, P.A.
    255 S. Orange Avenue, Suite 1401
    Post Office Box 3791
    Orlando, FL  32802-3791
    Telephone:   407/841-2330
    Facsimile:    407/841-2343
    e-mail:         bgilchrist@addmg.com
    **Attorneys for Plaintiff,**
    **Baybrook Homes, Inc.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 1, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic filing to the following CM/ECF participants:

Jackson O. Brownlee, Esq.    Attorneys for Defendants
Beusse, Brownlee, Wolter, Mora
  & Maire, P.A.
390 North Orange Avenue, Suite 2500
Orlando, FL  32801

    s/Brian R. Gilchrist