**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BAYBROOK HOMES, INC.,,**

        **Plaintiff,**

**-vs-**                                                                                    **Case No.  6:05-cv-1205-Orl-31KRS**

**O'KELLEY HOMES, BILL TUCKER**
**DESIGNS, INC., THOMAS W. SNYDER,**
**PATRICIA C. SNYDER & TERRENCE W.**
**SNYDER,**

        **Defendants.**
_____

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal as to Defendant Terrence W. Snyder (Doc. No. 20), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 2, 2006.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party